John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
402 W Broadway, Suite 1760
San Diego, CA 92101
Tel: (868) 252-0878
jnelson@milberg.com

*Attorneys for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEGAN KOESTER** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CROSSROADS TRADING CO., INC.,**<br><br>Defendant. | Case No. 4:25-cv-03128<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P. 7.1 AND LOCAL CIVIL RULE 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned counsel for Plaintiff certifies that the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are believed to be financially interested in the outcome of this litigation:

    Plaintiff:

        • Megan Koester

    Defendant:

        • Crossroads Trading Co, Inc.

Plaintiff reserves the right to supplement this disclosure statement if needed.

| | | |
|---|---|---|
| Dated: April 7, 2025 | | Respectfully submitted, |
| | By: | */s/ John J. Nelson* |
| | | John J. Nelson (SBN 317598) |
| | | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| | | 402 W Broadway, Suite 1760 |
| | | San Diego, CA 92101 |
| | | Tel.: (858) 209-6941 |
| | | jnelson@milberg.com |
| | | *Attorneys for Plaintiff and the Putative Class* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28