UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Megan Koester, on behalf of herself and all others similarly situated

        Plaintiff(s)

VS.

Case No: 3:25-cv-03128-AGT

Crossroads Trading Co., Inc.

        Defendant(s)

## AFFIDAVIT OF SERVICE

I, David Norman, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Class Action Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Civil Standing Order for Magistrate Judge Alex G. Tse, Settlement Conference Standing Order for Magistrate Judge Alex G. Tse, and Standing Order for all Judges of the Northern District of California in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 04/15/2025 at 01:38 PM, I served Crossroads Trading Co., Inc. c/o Walker Gerken, Registered Agent at 1409 Fifth Street, Berkeley, California 94710 with the Summons, Class Action Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Civil Standing Order for Magistrate Judge Alex G. Tse, Settlement Conference Standing Order for Magistrate Judge Alex G. Tse, and Standing Order for all Judges of the Northern District of California by serving Aruna Busacca, Chief Operating Officer, authorized to accept service.

Aruna Busacca is described herein as:

Gender: Female     Ethnicity: Caucasian     Age: 45     Weight: 145     Height: 5'6"     Hair: Brown

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 04/17/2025

_David Norman_

Client Ref Number: Mat No. 250326119041
Job #:13109957

Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| MEGAN KOESTER, on behalf of herself and all others similarly situated <br> *Plaintiff(s)* <br> v. <br> CROSSROADS TRADING CO., INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  4:25-cv-03128 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Crossroads Trading Co., Inc.
c/o Walter Gerken, Registered Agent
1409 Fifth St.
Berkeley, CA 94710

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John J. Nelson
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
402 W. Broadway, Suite 1760
San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date:  4/9/2025

*Signature of Clerk or Deputy Clerk*