JOHN J. ATALLAH, CA Bar No. 294116
    jatallah@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

JOSEPH W. SWANSON (*pro hac vice* application forthcoming)
    joe.swanson@foley.com
**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET, SUITE 2700
TAMPA, FL 33602
TELEPHONE: 813.229.2300
FACSIMILE: 813.221.4210

Attorneys for Defendant
Crossroads Trading Co., Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN KOESTER, on behalf of themselves and all others similarly situated,<br><br>                        Plaintiff,<br><br>vs.<br><br>CROSSROADS TRADING CO., INC.,<br><br>                        Defendant. | Case No. 3:25-cv-03128-AGT<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CROSSROADS TRADING CO., INC. TO RESPOND TO PLAINTIFF'S COMPLAINT (L.R. 6-1(A))**<br><br>Complaint Filed: April 7, 2025<br><br>Magistrate Judge: Hon. Alex G. Tse |

JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT
-1-
Case No. 3:25-cv-03128-AGT

4921-3163-8845.1

1  Plaintiff MEGAN KOESTER ("Plaintiff") and Defendant CROSSROADS TRADING CO., INC. ("Defendant," collectively the "Parties"), by and through their undersigned counsel, and pursuant to Civil Local Rule 6-1(a), respectfully submit this Joint Stipulation to Extend Time to Respond to Plaintiff's Complaint (the "Complaint") and stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on April 7, 2025;

WHEREAS, Plaintiff caused the Complaint to be served on Defendant on April 15, 2025;

WHEREAS, Defendant's current deadline to file a response to the Complaint is May 6, 2025;

WHEREAS, following the filing of the Complaint in the above-captioned matter, multiple other plaintiffs filed civil complaints against Defendant in this district concerning substantially the same subject matter, including through the following cases:

- *LaSean Tardd v. Crossroads Trading Co., Inc.*, Case No. 3:25-cv-03346-RFL (filed April 15, 2025; service waived April 17, 2025; response due June 16, 2025);
- *Sedre Wright v. Crossroads Trading Co., Inc.*, Case No. 4:25-cv-03332-YGR (filed April 14, 2025; service waived April 23, 2025; response due June 23, 2025);
- *Juanita Medina v. Crossroads Trading Co., Inc.*, Case No. 3:25-cv-03309-LB (filed April 14, 2025; not yet served);

WHEREAS, a complaint captioned *Adrine Akopyan v. Crossroads Trading Co., Inc.*, concerning substantially the same subject matter, is pending in the Superior Court of California for the County of Alameda, and Defendant intends to remove that case to this district no later than May 16, 2025;

WHEREAS, counsel for the Parties have met and conferred regarding a potential consolidation of these cases into a single proceeding, for the sake of judicial efficiency, and are diligently working to determine how best to accomplish that end in coordination with counsel for the other plaintiffs;

WHEREAS, in consideration of the procedural posture of these cases, counsel for the Parties have additionally met and conferred concerning an extension of Defendant's time to respond to the Complaint and agreed that Defendant shall have until June 16, 2025 (*i.e.*, the same response deadline as in the *Tardd* case) to file and serve its response to the Complaint;

WHEREAS, pursuant to Civil Local Rule 6-1(a), the Parties may stipulate, without a Court order, to extend the time within which to respond to a complaint; and,

WHEREAS, the Parties agree that this Stipulation does not alter the date of any event or any deadline already fixed by Court order, such that the stipulated extension herein is effective upon filing without further order of the Court;

WHEREAS, the filing of this Stipulation does not constitute a waiver of any defenses that Defendant may have, including, but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, and improper venue;

**NOW, HEREBY, THE PARTIES STIPULATE AND AGREE** that, pursuant to Civil Local Rule 6-1(a), Defendant Crossroads Trading Co., Inc. shall have up to and including June 16, 2025, to file and serve its response to Plaintiff's Complaint.

IT IS SO STIPULATED AND AGREED.

DATED: May 5, 2025               **MILBERG COLEMAN BRYSON**
                                 **PHILLIPS GROSSMAN, PLLC**
                                 John J. Nelson



                                 */s/ John J. Nelson*
                                 John J. Nelson
                                 Attorneys for Plaintiff Megan Koester


DATED: May 5, 2025               **FOLEY & LARDNER LLP**
                                 Joseph W. Swanson
                                 John J. Atallah



                                 */s/ John J. Atallah*
                                 John J. Atallah
                                 Attorneys for Defendant Crossroads Trading
                                 Co., Inc.

**ATTESTATION PER LOCAL RULE 5-1(h)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing content and has authorized this filing.

DATED: May 5, 2025

                                                                */s/ John J. Atallah*
                                                                John J. Atallah
                                                                Attorneys for Defendant Crossroads Trading Co., Inc.

JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT
-4-
Case No. 3:25-cv-03128-AGT

4921-3163-8845.1