John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Counsel for Plaintiffs Koester, Wright, and Tardd*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **MEGAN KOESTER**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CROSSROADS TRADING CO., INC.**,<br><br>Defendant. | CASE NO.: 3:25-cv-03128-AGT<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| **JUANITA MEDINA**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CROSSROADS TRADING CO., INC.**,<br><br>Defendant. | CASE NO.: 3:25-cv-03309-LB |

| | |
|---|---|
| **SEDRE WRIGHT**, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>            v.<br><br>**CROSSROADS TRADING CO., INC.**,<br><br>            Defendant. | CASE NO.: 4:25-cv-03332-YGR |
| **LASEAN TARDD**, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>            v.<br><br>**CROSSROADS TRADING CO., INC.**,<br><br>            Defendant. | CASE NO.: 3:25-cv-03346-RFL |

Pursuant to Local Civil Rules 3-12 and 7-11, Plaintiff Meghan Koester hereby respectfully moves the Court to consider relating the above-captioned matter to the three additional pending actions in this District, all of which involve overlapping claims arising from common factual circumstances against a single defendant, Crossroads Trading, Inc. ("Defendant"). Civil Local Rule 3-12 provides that a case is related to another when: "(1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." The actions to be considered as related meet this definition.

Each of the related actions identified below, asserts overlapping claims on behalf of materially similar putative classes arising out of Defendant's alleged failure to protect the personal identifying information of the representative plaintiffs and putative class members from unauthorized access and exfiltration during the data security incident referenced in the *Koester* complaint (the "Data Security Incident").

On April 7, 2025 Plaintiff Meghan Koester filed the first nationwide class action against Defendant arising out of the Data Security Incident, captioned *Koester v. Crossroads Trading, Inc.*, No. 3:25-cv-03128-AGT (N.D. Cal.). Over the following weeks, three other nationwide class actions were filed in this District against Defendant alleging its failure to protect personal information from unauthorized access in connection with the Data Security Incident: *Medina v. Crossroads Trading Co., Inc.*, No. 3:25-cv-03309-LB (N.D. Cal.); *Wright v. Crossroads Trading Co., Inc.*, No. 4:25-cv-03332-YGR (N.D. Cal.); and *Tardd v. Crossroads Trading Co., Inc.*, No. 3:25-cv-03346-RFL (N.D. Cal.).

Based on the overlapping claims and classes asserted against a common defendant and arising out of common factual circumstances, should the cases proceed before different judges, there would be a risk of conflicting results as well as an unduly burdensome duplication of labor and expense on all parties, and for the Court. Accordingly, Plaintiffs in each of the related actions, and Defendant, have stipulated to and agree that the actions should be related and transferred to the judge overseeing the lowest numbered *Koester* action.

In light of the foregoing, and because *Koester* is the first-filed of these related pending

matters in this District, Plaintiff accordingly requests transfer of these actions to the Honorable Alex G. Tse, who is overseeing the *Koester* matter.

DATED:  June 11, 2025  **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
John J. Nelson

*/s/ John J. Nelson*
John J. Nelson
**Attorneys for Plaintiffs Koester, Wright, and Tardd**

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ John J. Nelson*
John J. Nelson