John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Counsel for Plaintiffs Koester,*
*Wright, and Tardd*

[Additional Counsel for Parties Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **MEGAN KOESTER**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CROSSROADS TRADING CO., INC.**,<br><br>Defendant. | CASE NO.: 3:25-cv-03128-AGT<br><br>**STIPULATION REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| **JUANITA MEDINA**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CROSSROADS TRADING CO., INC.**,<br><br>Defendant. | CASE NO.: 3:25-cv-03309-LB |

| | |
|---|---|
| **SEDRE WRIGHT**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CROSSROADS TRADING CO., INC.**,<br><br>Defendant. | CASE NO.: 4:25-cv-03332-YGR |
| **LASEAN TARDD**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CROSSROADS TRADING CO., INC.**,<br><br>Defendant. | CASE NO.: 3:25-cv-03346-RFL |

WHEREAS, pursuant to Local Civil Rules 3-12 and 7-11, Plaintiffs in the above-captioned *Koester* matter, and in *Medina v. Crossroads Trading Co., Inc.*, No. 3:25-cv-03309-LB (N.D. Cal.); *Wright v. Crossroads Trading Co., Inc.*, No. 4:25-cv-03332-YGR (N.D. Cal.); and *Tardd v. Crossroads Trading Co., Inc.*, No. 3:25-cv-03346-RFL (N.D. Cal.), together with Defendant Crossroads Trading, Inc., by and through their counsel, stipulate and agree in support of the accompanying Administrative Motion to Consider Whether Cases Should be Related, as follows:

1.  WHEREAS, Civil Local Rule 3-12 provides that a case is related to another when: "(1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." The actions to be considered as related meet this definition.

2.  WHEREAS, the matters outlined in the accompanying Administrative Motion have sufficient overlap in claims, classes, and parties, for it to be in the interest of efficiency and

consistency to consider them "related" under Civil Local Rule 3-12.

3.    WHEREAS, the above-captioned matter, *Koester v. Crossroads Trading Co., Inc.*, was the first-filed and is the furthest along, procedurally.

4.    WHEREAS, based on the overlapping claims and classes asserted against a common defendant and arising out of common factual circumstances, should the cases proceed before different judges, there would be a risk of conflicting results as well as an unduly burdensome duplication of labor and expense on all parties, and for the Court. Accordingly, Plaintiffs in each of the related actions, together with Defendant, have stipulated and agree that the actions should be related and transferred to the judge overseeing the first-filed *Koester* action.

THEREFORE, the parties stipulate and agree, and request that the Court consider the aforementioned actions as related, and transfer each to the Honorable Alex G. Tse, who is overseeing *Koester* action.

**IT IS SO STIPULATED.**

DATED: June 11, 2025

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
John J. Nelson

*/s/ John J. Nelson*
John J. Nelson
***Attorneys for Plaintiffs Koester, Wright, and Tardd***

DATED: June 11, 2025

**KOPELOWITZ OSTROW P.A**
Kristen Lake Cardoso

*/s/ Kristen Lake Cardoso*
Kristen Lake Cardoso
***Attorneys for Plaintiff Juantia Medina***

| | | |
|---|---|---|
| DATED: June 11, 2025 | | **AHDOOT & WOLFSON, PC**<br>Theodore W. Maya<br>Alyssa Brown |

*/s/ Theodore W. Maya*
Theodore W. Maya
***Attorneys for Plaintiff Sedra Wright***

DATED:  June 11, 2025                **FEDERMAN & SHERWOOD**
                                     Kennedy M. Brian

*/s/ Kennedy M. Brian*
Kennedy M. Brian
***Attorneys for Plaintiff LaSean Tardd***
(*pro hac vice* forthcoming)

DATED:  June 11, 2025                **FOLEY & LARDNER LLP**
                                     Joseph W. Swanson (*pro hac vice* forthcoming)
                                     John J. Atallah

*/s/ John J. Atallah*
John J. Atallah
***Attorneys for Defendant Crossroads Trading Co., Inc.***

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

DATED: _____         _____
                                     HONORABLE ALEX G. TSE

## ATTESTATION

I, John J. Nelson, attest that all other signatures listed, and those on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

*/s/ John J. Nelson*
John J. Nelson

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ John J. Nelson*
John J. Nelson