1  John J. Nelson (SBN 317598)
   **MILBERG COLEMAN BRYSON**
2  **PHILLIPS GROSSMAN, PLLC**
3  402 W. Broadway, Suite 1760
   San Diego, CA 92101
4  Telephone: (858) 209-6941
   Email: jnelson@milberg.com
5
   *Counsel for Plaintiffs Koester,*
6  *Wright, and Tardd*

7

8                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
9                          **SAN FRANCISCO DIVISION**

| | |
|---|---|
| **MEGAN KOESTER**, individually and on behalf of all others similarly situated, | CASE NO.: 3:25-cv-03128-AGT |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| **CROSSROADS TRADING CO., INC.**, | |
| Defendant. | |
| | CASE NO.: 3:25-cv-03309-LB |
| **JUANITA MEDINA**, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | |
| **CROSSROADS TRADING CO., INC.**, | |
| Defendant. | |

| | |
|---|---|
| **SEDRE WRIGHT**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CROSSROADS TRADING CO., INC.**,<br><br>Defendant. | CASE NO.: 4:25-cv-03332-YGR |
| **LASEAN TARDD**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CROSSROADS TRADING CO., INC.**,<br><br>Defendant. | CASE NO.: 3:25-cv-03346-RFL |

I hereby certify that I have served the Administrative Motion to Consider Whether Cases Should be Related [Doc. 9], Stipulation Regarding Administrative Motion to Consider Whether Cases Should be Related [Doc. 10], and Stipulation to Consolidate Related Cases [Doc. 11], each filed on June 11, 2025, to the following parties via email on June 11, 2025:

Theodore W. Maya (SBN 223242)
**AHDOOT & WOLFSON, PC**
2600 W. Olive Ave. Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
tmaya@ahdootwolfson.com

William B. Federman
Kennedy M. Brian
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
F: (405) 239-2112
E: wbf@federmanlaw.com
E: kpb@federmanlaw.com

Kristen Lake Cardoso
**KOPELWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
T: (954) 525-4100
F: (954) 525-4300
cardoso@kolawyers.com

John J. Atallah
**FOLEY & LARDNER LLP**
100 N. Tampa St., Suite 2700
Tampa, FL 33602
T: (813) 225-4161
jatallah@foley.com

DATED: June 11, 2025    **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
John J. Nelson

*/s/ John J. Nelson*
John J. Nelson
***Attorneys for Plaintiffs Koester, Wright, and Tardd***

- 2 -