John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Counsel for Plaintiffs Koester, Wright, and Tardd*

[Additional Counsel for Parties Listed on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEGAN KOESTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CROSSROADS TRADING CO., INC.,<br><br>Defendant. | CASE NO.:  3:25-cv-03128-AGT<br><br>**STIPULATION TO CONSOLIDATE RELATED CASES** |
| JUANITA MEDINA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CROSSROADS TRADING CO., INC.,<br><br>Defendant. | CASE NO.:  3:25-cv-03309-LB |

- 1 -

| | |
|---|---|
| SEDRE WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CROSSROADS TRADING CO., INC.,<br><br>Defendant. | CASE NO.: 4:25-cv-03332-YGR |
| LASEAN TARDD, on behalf of herself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CROSSROADS TRADING CO., INC.,<br><br>Defendant. | CASE NO.: 3:25-cv-03346-RFL |

WHEREAS, pursuant to Local Civil Rules 3-12 and 7-11, Plaintiffs in the above-captioned *Koester* matter, and in *Medina v. Crossroads Trading Co., Inc.*, No. 3:25-cv-03309-LB (N.D. Cal.); *Wright v. Crossroads Trading Co., Inc.*, No. 4:25-cv-03332-YGR (N.D. Cal.); and *Tardd v. Crossroads Trading Co., Inc.*, No. 3:25-cv-03346-RFL (N.D. Cal.) (the "Related Cases"), together with Defendant Crossroads Trading, Inc., by and through their counsel, stipulate and agree in support of the accompanying Administrative Motion to Consider Whether Cases Should be Related, as follows:

WHEREAS, the above-captioned Related Cases currently are pending in this District and arise out of the same or similar operative facts;

WHEREAS, the above-captioned matter, *Koester v. Medina v. Crossroads Trading Co., Inc.*, was the first-filed and is the furthest along, procedurally, among the Related Cases;

WHEREAS, without waiving any of their respective arguments or defenses, the Parties agree that the Related Cases should be consolidated for pre-trial purposes in an effort to assure consistent rulings and decisions on substantially the same factual and legal issues affecting almost

identical putative classes, and to avoid unnecessary duplication of effort and resources. Accordingly, all counsel for the Parties to the Related Cases jointly stipulate and request that the Court enter an Order consolidating the Related Cases for pre-trial purposes and permitting the filing of a single Consolidated Class Action Complaint; and

WHEREAS, the Parties agree that it would be duplicative and wasteful of the Court's and the Parties' resources for Defendant to be required to separately respond to the complaints in the Related Actions prior to the filing of a Consolidated Class Action Complaint, should the Court order the requested consolidation;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED,** and the Parties request, that the Court order the following:

1. The Related Cases are consolidated for all pre-trial purposes (the "Consolidated Action") pursuant to Fed. R. Civ. P. 42(a).

2. To ensure consistent and efficient adjudications in this Court, the "Consolidated Action" will bear Lead Case 3:25-cv-03128-AGT, the number assigned to the first-filed case and reflect the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *IN RE: CROSSROADS TRADING, INC. DATA BREACH LITIGATION*<br><br>This Document Relates To: | Lead Case No. 3:25-cv-03128-AGT |

3. The case file for the Consolidated Action will be maintained under Lead Case No. 3:25-cv-03128-AGT (the "Lead Case"). When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, *e.g.,* "3:25-cv-03128-AGT

(*Koester*)."

4. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action and is asserted on a class or representative basis, shall be related to and consolidated with the Consolidated Action for pre-trial purposes. Plaintiffs and Defendant shall file a Notice of Related Cases whenever a case that should be consolidated with the Consolidated Action is filed in, transferred to, or removed to this District.

5. If the Court determines that any such case is related, the clerk shall:

   (a) Place a copy of this Order in the separate file for such action;

   (b) Serve on the plaintiffs' attorney in the new case a copy of this Order;

   (c) Direct that this Order be served upon the defendant(s) in the new case; and

   (d) Make an appropriate entry in the Lead Case's docket.

6. Plaintiffs shall file a Consolidated Class Action Complaint no later than thirty (30) days following the entry of this order, which shall be the operative complaint in the Consolidated Action and shall supersede all previous complaints filed in any of the Related Cases.

7. Any response to the Consolidated Class Action Complaint shall be due within thirty (30) days from the filing of the Consolidated Class Action Complaint. All existing response deadlines are vacated. In the event Defendant intends to file a motion to dismiss or other motion challenging the Consolidated Class Action Complaint, Plaintiffs and Defendant will comply with Local Civil Rules 7-9 and 7-10 with the following clarifications and/or adjustments:

   (a) Any opposition to a motion to dismiss or other motion challenging the Consolidated Class Action Complaint shall be filed and served within thirty (30) days of the filing of the motion; and

   (b) any reply brief shall be filed and served within fourteen (14) days of the opposition;

8. Defendant's deadlines to respond to the complaints currently pending in each of the Related Cases are held in abeyance until after the Consolidated Class Action Complaint is filed, at which point a response to the previously filed complaints would be moot.

**IT IS SO STIPULATED.**

DATED: June 11, 2025         **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
John J. Nelson

*/s/ John J. Nelson*
John J. Nelson
Attorneys for Plaintiff Megan Koester

DATED: June 11, 2025         **KOPELOWITZ OSTROW P.A**
Kristen Lake Cardoso

*/s/ Kristen Lake Cardoso*
Kristen Lake Cardoso
Attorneys for Plaintiff Juantia Medina

DATED: June 11, 2025         **AHDOOT & WOLFSON, PC**
Andrew W. Ferich

*/s/ Andrew W. Ferich*
Andrew W. Ferich
Attorneys for Plaintiff Sedra Wright

DATED: June 11, 2025         **FEDERMAN & SHERWOOD**
Kennedy M. Brian

*/s/ Kennedy M. Brian*
Kennedy M. Brian
Attorneys for Plaintiff LaSean Tardd
(*pro hac vice* forthcoming)

DATED: June 11, 2025

**FOLEY & LARDNER LLP**
Joseph W. Swanson (*pro hac vice* forthcoming)
John J. Atallah

*/s/ John J. Atallah*
John J. Atallah
Attorneys for Defendant Crossroads Trading Co., Inc.

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

DATED: June 12, 2025

_____
HONORABLE ALEX G. TSE