John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Counsel for Plaintiff Koester*

[Additional Counsel for Parties Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE: CROSSROADS TRADING, INC. DATA BREACH LITIGATION*<br><br>This Documents Relates To:<br><br>All Actions | CASE NO.:  3:25-cv-03128-JD<br><br>**STIPULATION TO STAY, OR IN THE ALTERNATIVE TO CONTINUE CASE MANAGEMENT CONFERENCE, TO ALLOW THE PARITES TO ENGAGE IN SETTLEMENT DISCUSSIONS; [PROPOSED] ORDER** |

WHEREAS Plaintiffs in the above-captioned matter together with Defendant Crosroads Trading, Inc., by and through their counsel, stipulate and agree, subject to Court approval, to stay all deadlines and vacate the Case Management Conference set for July 17, 2025, or in the alternative to continue the Case Management conference, for a period of ninety (90) days to allow the Parties to conserve party and judicial resources while they explore early resolution, and in support state as follows:

WHEREAS, the Court consolidated four related cases filed in this District alleging injuries arising from a data breach experienced by Defendant: *Medina v. Crossroads Trading Co., Inc.*, No. 3:25-cv-03309 (N.D. Cal.); *Wright v. Crossroads Trading Co., Inc.*, No. 4:25-cv-03332 (N.D. Cal.); and *Tardd v. Crossroads Trading Co., Inc.*, No. 3:25-cv-03346 (N.D. Cal.) under the first filed action, *Koester v. Crossroads Trading, Inc.*, No. 3:25-cv-03128-AGT (N.D. Cal.) on June 12, 2025 [ECF No. 12];

1     WHEREAS, the Court set a Case Management Conference in the consolidated action for July 17, 2025 at 10:00 a.m in Courtroom 11 [ECF No. 19];

3     WHEREAS, the Parties have met and conferred and agree, subject to Court approval, to stay all deadlines, or in the alternative to continue the Case Management Conference, to allow the parties to explore informal resolution while conserving limited party and judicial resources;

6     WHEREAS, to facilitate settlement discussions, the Parties have begun to exchange informal discovery and agree that staying the matter for a period of ninety (90) days will allow the parties to conserve their limited resources and maxize the releif available to the putative class in the event a settlement is reached;

10     **NOW, THEREFORE, IT IS STIPULATED AND AGREED,** and the Parties request, that the Court order the following:

12     1.     All deadlines in the consolidated action are hereby stayed for a period of ninety (90) days and the Parties are to promptly file a joint status report in the event a resolution is reached. If negotiations are unsuccesful, the Parties are to file a Case Management Consference statement within ninety (90) days of the order on this stipulation that complies with the Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statements; OR

18     2.     The Case Management Conference is stayed for a period of ninety (90) days to allow the parties to explore early resolution and the Parties are to promptly file a joint status report in the event a resolution is reached. In the event no settlement is reached the Parties are to file a Case Management Conference statement seven (7) calendar days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statements.

25     **IT IS SO STIPULATED.**

27 DATED: July 9, 2025                                          **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
John J. Nelson

*s/John J. Nelson*
John J. Nelson
Attorneys for Plaintiff Megan Koester

DATED: July 9, 2025     **KOPELOWITZ OSTROW P.A**
Kristen Lake Cardoso

*s/ Kristen Lake Cardoso*
Kristen Lake Cardoso
Attorneys for Plaintiff Juantia Medina

DATED: July 9, 2025     **AHDOOT & WOLFSON, PC**
Alyssa S. Brown

*s/ Alyssa S. Brown*
Alyssa S. Brown
Attorneys for Plaintiff Sedra Wright

DATED: July 9, 2025     **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
John J. Nelson

*s/ John J. Nelson*
John J. Nelson
Attorneys for Plaintiff Lasean Tardd

- 3 -

DATED: July 9, 2025

**FOLEY & LARDNER LLP**
Joseph W. Swanson
John J. Atallah

*s/ John J. Attallah*
John J. Atallah
Attorneys for Defendant Crossroads Trading Co., Inc.

## ATTESTATION

I, John J. Nelson, hereby attest, pursuant to N.D. Cal. Civil Local Rule 5-1(h)(3), that concurrence to the filing of this document has been obtained from each signatory.

*s/ John J. Nelson*

## [PROPOSED] ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

DATED: _____    _____
HONORABLE JAMES DONATO