John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Counsel for Plaintiff Koester*

*Additional Counsel Listed on the Signature Page*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| *IN RE: CROSSROADS TRADING, INC. DATA BREACH LITIGATION*<br><br>This Documents Relates To:<br>　　All Actions | Lead Case No. 3:25-cv-03128-JD<br><br>**JOINT STATUS REPORT RE MEDIATION** |

1  Following the Initial Case Management Conference on July 17, 2025, Plaintiffs Megan Koester, Juanita Medina, Sedre Wright, LaSean Tardd, Adrine Akopyan, and Alisa Smith and Defendant Crossroads Trading, Inc. have met and conferred and agreed to engage the services of Bruce R. Friedman of JAMS in the event they are unable to reach a classwide resolution following settlement discussions between the parties.

DATED: July 24, 2025

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
John J. Nelson

*s/John J. Nelson*
John J. Nelson
Attorneys for Plaintiff Megan Koester

DATED: July 24, 2025

**KOPELOWITZ OSTROW P.A**
Kristen Lake Cardoso

*s/ Kristen Lake Cardoso*
Kristen Lake Cardoso
Attorneys for Plaintiff Juantia Medina

DATED: July 24, 2025

**AHDOOT & WOLFSON, PC**
Alyssa S. Brown

*s/ Alyssa S. Brown*
Alyssa S. Brown
Attorneys for Plaintiff Sedra Wright

JOINT CASE MANAGEMENT STATEMENT - 1 -

DATED: July 24, 2025

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
John J. Nelson

*s/ John J. Nelson*
John J. Nelson
Attorneys for Plaintiff Lasean Tardd

DATED: July 24, 2025

**FOLEY & LARDNER LLP**
Joseph W. Swanson
John J. Atallah

*s/ John J. Attallah*
John J. Atallah
Attorneys for Defendant Crossroads Trading Co., Inc.

## ATTESTATION

I, John J. Nelson, hereby attest, pursuant to N.D. Cal. Civil Local Rule 5-1(h)(3), that concurrence to the filing of this document has been obtained from each signatory.

*s/ John J. Nelson*