# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: July 17, 2025                                         Judge: Hon. James Donato

Time: 5 Minutes

Case No.        **3:25-cv-03128-JD**
Case Name       **In re: Crossroads Trading Co., Inc. Data Breach Litigation**

Attorney(s) for Plaintiff(s):    Heather Lopez
Attorney(s) for Defendant(s):    John Atallah

Deputy Clerk: Lisa R. Clark                                 Court Reporter: Stephen Franklin

## PROCEEDINGS

Case Management Conference -- Held

## NOTES AND ORDERS

In light of the parties' representations of settlement discussions, the case is stayed for 30 days through August 18, 2025. No further stays will be granted.