John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Counsel for Plaintiff Koester*

*Additional Counsel Listed on the Signature Page*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| *IN RE: CROSSROADS TRADING, INC. DATA BREACH LITIGATION*<br><br>This Documents Relates To:<br>All Actions | Lead Case No. 3:25-cv-03128-JD<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF PROCEEDINGS** |

**PLEASE TAKE NOTICE** that Plaintiffs Megan Koester, Juanita Medina, Sedre Wright, LaSean Tardd, Adrine Akopyan, and Alisa Smith (collectively, "Plaintiffs") and Defendant Crossroads Trading, Inc. (together with Plaintiffs, the "Parties") have reached a proposed class action settlement in the above-captioned matter. The parties are currently finalizing the terms of the settlement, preparing the settlement agreement, preparing the notice documents, and preparing the motion for preliminary approval. Therefore, the Parties respectfully request that the Court stay all proceedings, vacate Defendant's deadline to respond to the Complaint, and allow Plaintiffs until on or before October 3, 2025, to file their Motion for Preliminary Approval of Class Action Settlement.

DATED: September 5, 2025

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
John J. Nelson

*s/John J. Nelson*
John J. Nelson
Attorneys for Plaintiff Megan Koester, LaSean Tardd, and Alisa Smith

DATED: September 5, 2025

**KOPELOWITZ OSTROW P.A**
Kristen Lake Cardoso

*s/ Kristen Lake Cardoso*
Kristen Lake Cardoso
Attorneys for Plaintiff Juantia Medina

DATED: September 5, 2025

**AHDOOT & WOLFSON, PC**
Alyssa S. Brown

JOINT NOTICE OF SETTLEMENT

-1-

|  |  |
|---|---|
|  | *s/ Alyssa S. Brown* |
|  | Alyssa S. Brown |
|  | Attorneys for Plaintiff Sedra Wright |

DATED: September 5, 2025    **FOLEY & LARDNER LLP**
John J. Atallah

*s/ John J. Atallah*
John J. Atallah
Attorneys for Defendant Crossroads Trading Co., Inc.

## ATTESTATION

I, John J. Nelson, hereby attest, pursuant to N.D. Cal. Civil Local Rule 5-1(h)(3), that concurrence to the filing of this document has been obtained from each signatory.

*s/ John J. Nelson*

JOINT NOTICE OF SETTLEMENT

-2-