JOHN J. ATALLAH, CA Bar No. 294116
   jatallah@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

*Attorneys for Defendant*
*Crossroads Trading Co., Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *IN RE: CROSSROADS TRADING, INC. DATA BREACH LITIGATION*<br><br>This Documents Relates To:<br>    All Actions | Lead Case No. 3:25-cv-03128-JD<br><br>**JOINT STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT CROSSROADS TRADING CO., INC. TO RESPOND TO PLAINTIFFS' CONSOLIDATED COMPLAINT PENDING CLASS SETTLEMENT** |

1  **PLEASE TAKE NOTICE** that Plaintiffs Megan Koester, Juanita Medina, Sedre Wright, LaSean Tardd, Adrine Akopyan, and Alisa Smith (collectively, "Plaintiffs") and Defendant Crossroads Trading, Inc. (together with Plaintiffs, the "Parties"), by and through their undersigned counsel, and pursuant to Civil Local Rule 6-1(b), respectfully submit this Joint Stipulation for Further Extension of Time for Defendant Crossroads Trading Co., Inc. to Respond to Plaintiffs' Complaint Pending Class Settlement and jointly stipulate as follows:

WHEREAS, Defendant's current deadline for responding to the operative Consolidated Class Action Complaint (the "Complaint") in this matter is September 16, 2025, based on Plaintiffs' submission of the Complaint on July 14, 2025 and this Court's prior entry of an order staying all proceedings in this case from July 17 through August 18, 2025 (Dkt. No. 28) to allow the Parties time to explore the possibility of an early resolution through settlement;

WHEREAS, the Parties have reached a class-wide settlement in principle that they are in the process of reducing to a signed agreement, and Plaintiffs have committed to file their motion for preliminary approval of the class-wide settlement no later than October 3, 2025, per the Notice of Settlement filed on September 29, 2025 (Dkt. No. 29);

WHEREAS, in light of the Parties' tentative settlement of claims on a class-wide basis and Defendant's limited financial resources, and in the interest of judicial economy, the Parties jointly seek to extend Defendant's current response deadline by a period of 30 days to enable the Parties to focus efforts on finalizing the settlement papers and to avoid the unnecessary expenditures associated with Defendant's continued preparation of a motion to dismiss the Complaint;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, and the Parties request that the Court order the following:

1. Defendant's deadline for filing its response to the Complaint is hereby further extended by a period of 30 days. Defendant shall have up to and including October 16, 2025, to file its response to the Complaint.

2. All other operative deadlines in this case shall remain in full force and effect.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED:  September 11, 2025 | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| 2 | | John J. Nelson |
| | | |
| 5 | | *s/John J. Nelson* |
| 6 | | John J. Nelson<br>Attorneys for Plaintiff Megan Koester, LaSean Tardd, and Alisa Smith |
| 9 | DATED:  September 11, 2025 | **KOPELOWITZ OSTROW P.A** |
| | | Kristen Lake Cardoso |
| 12 | | *s/ Kristen Lake Cardoso* |
| 13 | | Kristen Lake Cardoso<br>Attorneys for Plaintiff Juantia Medina |
| 16 | DATED:  September 11, 2025 | **AHDOOT & WOLFSON, PC** |
| | | Alyssa S. Brown |
| 19 | | *s/ Alyssa S. Brown* |
| 20 | | Alyssa S. Brown<br>Attorneys for Plaintiff Sedra Wright |
| 23 | DATED:  September 11, 2025 | **FOLEY & LARDNER LLP** |
| | | John J. Atallah |
| 26 | | *s/ John J. Atallah* |
| 27 | | John J. Atallah<br>Attorneys for Defendant Crossroads Trading Co., Inc. |

STIPULATION TO FURTHER EXTEND DEFENDANT'S DEADLINE FOR RESPONDING
TO COMPLAINT PENDING CLASS SETTLEMENT
-2-

**ATTESTATION**

I, John J. Atallah, hereby attest, pursuant to N.D. Cal. Civil Local Rule 5-1(h)(3), that concurrence to the filing of this document has been obtained from each signatory.

*s/ John J. Atallah*

**[PROPOSED] ORDER**

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: _____   _____
                                                    Honorable James Donato