1  John J. Nelson (SBN 317598)
   MILBERG COLEMAN BRYSON
2  PHILLIPS GROSSMAN, PLLC
   280 South Beverly Drive
3  Beverly Hills, California 90212
   Tel.:   (858) 209-6941
4  jnelson@milberg.com

5  *Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CROSSROADS TRADING, INC. DATA BREACH LITIGATION<br><br>This Document Relates To:<br>   All Actions | Case No.  3:25-cv-03128-JD |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Megan Koester, Juanita Medina, Sedre Wright, LaSean Tardd, Adrine Akopyan, and Alisa Smith (collectively "Plaintiffs"), pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Crossroads Trading Inc., without prejudice.

DATED:  September 16, 2025         Respectfully submitted,


                                   */s/ John Nelson*
                                   John J. Nelson (SBN 317598)
                                   MILBERG COLEMAN BRYSON
                                   PHILLIPS GROSSMAN, PLLC
                                   280 South Beverly Drive
                                   Beverly Hills, California 90212
                                   Tel.:   (858) 209-6941
                                   jnelson@milberg.com

                                   *Attorney for Plaintiff and the Proposed Class*

NOTICE OF VOLUNTARY
DISMISSAL                          - 1 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 16, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ John Nelson*
John J. Nelson

NOTICE OF VOLUNTARY
DISMISSAL                                          - 2 -